■ PENEPENT CORPORATION et al., Respondents, v RICHARD S. PENEPENT, JR., et al., Appellants, and RICHARD S. PENEPENT, SR., et al., Respondents. (Appeal No. 2.)—Order unanimously modified on the law and as modified affirmed without costs, in accordance with same Memorandum as in *Penepent Corp. v Penepent* ([appeal No. 1] 175 AD2d 620 [decided herewith]). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Costs.) Present—Callahan, J. P., Doerr, Denman, Green and Lowery, JJ.

■ CLIFTON STEEL CORPORATION, Respondent, v COUNTY OF MONROE PUBLIC WORKS DEPARTMENT et al., Defendants, ROBERT F. HYLAND & SONS, INC., Respondent-Appellant, and MORIN BUILDING PRODUCTS COMPANY, INC., et al., Appellants-Respondents. (Action No. 1.) MORIN BUILDING PRODUCTS COMPANY, INC., Appellant, v AETNA CASUALTY & SURETY COMPANY, Respondent. (Action No. 2.)—Order and judgment unanimously affirmed without costs. Memorandum: We affirm the order and judgment for reasons stated in the decision of Supreme Court (Cornelius, J.). We add only that we have examined the arguments of defendant, Morin Building Products Company, Inc., concerning the propriety of evidentiary rulings made by the trial court and find those arguments to be lacking in merit. (Appeals from Order and Judgment of Supreme Court, Monroe County, Cornelius, J.—Breach of Contract.) Present—Callahan, J. P., Doerr, Denman, Green and Lowery, JJ.